# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEFAN GLADDEN** : | |
| : | |
| **v.** : | |
| : | **CIVIL ACTION NO. 21-4483** |
| **AMBLER HEALTHCARE GROUP,** : | |
| **LLC,** *d/b/a* **AMBLER EXTENDED** : | |
| **CARE CENTER, and SABER** : | |
| **HEALTHCARE GROUP** : | |

## ORDER

This 15th day of December, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 10) is **GRANTED.**

/s/ Gerald Austin McHugh<br>
United States District Judge